1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                               AT SEATTLE

8  UNITED STATES OF AMERICA,

9                    Plaintiff,           Case No. MJ22-302

10        v.                              **DETENTION ORDER**

11  SAMUEL ARCHIE MATTA,

12                    Defendant.

13      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18  **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19      (1)     Defendant has been charged by complaint with possession of destructive devices.

20  He is currently serving a 270 day sentence with 24 months of probation for a conviction of

21  criminal mischief through Tulalip Tribal Court in Washington.  The Court ordered that once the

22  Defendant completes his time in custody, that a detention hearing can be scheduled before any

23  Magistrate Judge.  The government did not object to this matter being reopened at that time as

DETENTION ORDER - 1

1   circumstances will have changed for the Defendant and pretrial services can investigate potential

2   release or detention recommendations.

3        It is therefore **ORDERED**:

4        (1)    Defendant shall be returned to the custody of the Tulalip Tribal Court and **once**

5   **his time is served then he shall be detained** pending a motion to reopen detention and/or trial

6   and committed to the custody of the Attorney General for confinement in a correctional facility

7   separate, to the extent practicable, from persons awaiting or serving sentences, or being held in

8   custody pending appeal;

9        (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10  counsel;

11       (3)    On order of a court of the United States or on request of an attorney for the

12  Government, the person in charge of the correctional facility in which Defendant is confined

13  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14  connection with a court proceeding; and

15       (4)    The Clerk shall direct copies of this order to counsel for the United States, to

16  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17  Officer.

18       DATED this 21st day of September, 2022.

19

20                             PAULA L. MCCANDLIS
                             United States Magistrate Judge

21

22

23

DETENTION ORDER - 2